<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

City of Lancaster,                        :
                 Petitioner        :
                               :
         v.                                :
                               :
Pennsylvania Labor Relations Board,       :
                 Respondent        :        No. 131 C.D. 2023

**<u>PER CURIAM</u>**                **O R D E R**

          NOW, March 7, 2024, upon consideration of Respondent's application for reargument, and Petitioner's answer in response thereto, the application is DENIED.